UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

DENAN AINSLEY,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICERS JOHN
DOES 1 through 10, individually and in their official
capacities (the name John Doe being fictitious, as the true
names are presently unknown),

                               Defendants.

**STIPULATION OF WITHDRAWAL**

11 CV 5837 (BMC)

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate that plaintiff voluntarily withdraws the above referenced case with prejudice.

Dated:     New York, New York
             February 21, 2012

| | |
|---|---|
| Robert Marinelli<br>*Attorney for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007<br>Tel: (212) 822-1427<br>Facsimile: (212) 202-9646<br><br>By: /s/<br>ROBERT MARINELLI | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street \| Room 3-195<br>Tel: (212) 442-6618<br>Facsimile: (212) 788-9776<br><br>By: /s/<br>ANTHONY M. DISENSO<br>Assistant Corporation Counsel<br>Special Federal Litigation Division |

SO ORDERED:

______________________________
United States District Court Judge

Dated: ____________________, 2012